# In the United States District Court for the Southern District of Georgia Waycross Division

MAHDI AHMADI,

Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER, et al.,

Respondents.

5:26-cv-800

**ORDER**

Petitioner filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and states he has been Immigration and Customs Enforcement's ("ICE") custody since January 11, 2025. Dkt. No. 1 at 1. Petitioner also states that he has been under a final order of removal since December 31, 2025, and has been under post-removal detention for longer than six months. Id. Petitioner asserts that removal to his native country, Afghanistan, is not likely to occur and there is no significant likelihood of removal in the reasonably foreseeable future. Id. at 2-3. Thus, Petitioner seeks his release from ICE detention. Id. at 3.

Warden-Respondent recognizes Petitioner has been in ICE's custody for longer than the six-month presumptively reasonable period of 8 U.S.C. § 1231(a). Dkt. No. 3 at 5. Warden-Respondent also represents that Petitioner fails to show that his removal is

not significantly likely to occur in the reasonably foreseeable future. Id. During the August 17, 2026 informal telephonic conference, counsel stated that he would not file a motion to dismiss, as he has no good-faith basis to dispute Petitioner's assertions.

Petitioner has been in ICE detention longer than the presumptively reasonable period, and it is not disputed that there is no significant likelihood of Petitioner's removal in the reasonably foreseeable future. Thus, the Court **GRANTS in part** Petitioner's § 2241 Petition and **ORDERS** the Warden-Respondent to release Petitioner from custody as quickly as possible, but no later than within seven (7) days of this Order. Additionally, Petitioner's motion for judgment on the pleadings, dkt. no. 6, is **DENIED as moot.** The Court **DIRECTS** the Clerk of Court to **CLOSE** this civil action and enter the appropriate judgment.

**SO ORDERED**, this 14 day of September, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA