AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MAHDI AHMADI

Petitioner.

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER, et al.,

Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:26-cv-800

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered September 14, 2026, Petitioner's 28 U.S.C. § 2241 petition is granted in part. The Warden-Respondent is directed to release Petitioner from custody as quickly as possible, but no later than within seven (7) days of the date of the Order. This case stands closed.

Approved by: ______________________________

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

September 14, 2026
Date

John E. Triplett, Clerk of Court
Clerk

Jamie Hodge
(By) Deputy Clerk